# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY MESSIMER, | : | Case No. 4:12-CV-02143 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | (Magistrate Judge Arbuckle) |
| | : | |
| ALBRIGHT CARE SERVICES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### February 10, 2017

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. United States Magistrate Judge William I. Arbuckle III's Report and Recommendation (ECF No. 57) is **ADOPTED** in its entirety.

2. Defendant's Motion for Summary Judgment (ECF No. 33) is **GRANTED**.

3. Defendant's Motion to Strike (ECF No. 44) is **DENIED** as moot.

4. The Clerk is directed to enter final judgment in favor of Defendant and to close the case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge